ELECTRONIC RECORD **1548-14 1549-14**

COA # 14-14-00060-CR

OFFENSE: Aggravated Robbery

STYLE: Hugh Audrie Carter, III v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 338th District Court

DATE: October 21, 2014    Publish: No

TC CASE #:1366763

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Hugh Audrie Carter, III v The State of Texas

CCA # _____

_____ PRO SE _____    Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 01/14/2015

JUDGE: Per Curiam

CCA Disposition: **1548-14;1549-14**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____